1  James A. McDevitt
   United States Attorney
2  Eastern District of Washington
   Ronald W. Skibbie
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
5

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 21 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

6              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
7

8  UNITED STATES OF AMERICA,        )    CR-10-6040-RMP
                                    )
9                    Plaintiff,     )    INDICTMENT
                                    )
10        vs.                       )    Vio: 18 U.S.C. § 1343
                                    )    Wire Fraud
11  SUZIE ZUNIGA,                   )    (Counts 1-5)
    TOMMY L. HONEYCUTT, JR., and    )
12  PEDRO ALVARADO, JR.             )    18 U.S.C. §§ 1343 and 2
                                    )    Wire Fraud
13                   Defendants.    )    (Counts 6-15)
                                    )
14                                  )
                                    )
15                                  )

16        The Grand Jury Charges:

17                        **INTRODUCTION:**

18        At all times material to the Indictment:

19        1.    Defendant SUZIE ZUNIGA was employed by government contractor

20  Fluor Hanford (FH) as a Material Coordinator for the Plutonium Finishing Plant

21  (PFP) at the U.S. Department of Energy (DOE) Hanford Site, in Benton County,

22  Washington.

23        2.    FH issued credit cards (known as purchase cards or "p-cards") to

24  SUZIE ZUNIGA to facilitate the purchase of supplies needed for the PFP.

25        3.    FH purchase cards were issued by JP Morgan Chase Bank which

26  established a credit purchase procedure with FH whereby the bank would draw

27  down by draft or electronic funds transfer (EFT) from a line of credit that the U.S.

28  INDICTMENT - 1

P00406RC.RSA.wpd

1  Treasury had established with U.S. Bank for DOE expenses.  JP Morgan Chase
2  used wire communications to draw from the DOE's U.S. Bank line of credit once a
3  month to reimburse the purchase card expenses FH accumulated each month.

4      4.    The JP Morgan Chase monthly draw down of funds from US Bank
5  occurred through, and as a result of, wire communications outside the State of
6  Washington.

7      5.    Defendant TOMMY L. HONEYCUTT, JR., was employed as a
8  pipefitter at the U.S. DOE Hanford site in Benton County, Washington.

9      6.    Defendant PEDRO ALVARADO, JR., was employed as a driver at
10  the U.S. DOE Hanford site in Benton County, Washington.

11      7.    Between October 1, 2004, and July 1, 2008, Fast Pipe and Supply
12  Co., Inc. ("Fast Pipe") was designated by FH as an authorized vendor of supplies
13  to the PFP and did provide supplies to the PFP during this time period.

14      8.    Between October 1, 2004, and July 1, 2008, Kennewick Industrial
15  and Electric ("KIE") was designated by FH as an authorized vendor of supplies to
16  the PFP and did provide supplies to the PFP during this time period.

17      9.    Between October 1, 2004, and July 1, 2008, Harold's Repair and
18  Rental ("Harold's") was designated by FH as an authorized vendor of supplies to
19  the PFP and did provide supplies to the PFP during this time period.

20      10.    In the normal course of business a material coordinator for the PFP
21  would receive requests for supplies from employees of the PFP.  The requests for
22  supplies by employees would often be transmitted by Electronic Bills of Materials
23  (EBOMS) to the material coordinator.  If the requested supply item was approved
24  for purchase, the material coordinator would note the order in the P Card Web
25  Solution System.  Once the supply item was purchased by the material coordinator
26  with a JP Morgan Chase Bank Credit Card,  a sales order would be prepared by the
27  vendor and provided to the material coordinator.  On a monthly basis, material

28  INDICTMENT - 2

P00406RC.RSA.wpd

coordinators would sign and submit a Transaction Approval Report confirming

that their JP Morgan Chase Bank credit card account statements were consistent

with the purchases the material coordinator had made that month.

11.    From on or about October 1, 2004, and continuing to on or about July

1, 2008, defendant SUZIE ZUNIGA caused FH to make approximately 219

purchase card transactions with vendors under the guise of PFP supply purchases

from Fast Pipe, KIE, Harold's and other vendors totaling approximately

$557,696.46.

12.    The 219 purchase card transactions described in paragraph 11 caused

writings, signs, signals, and sounds to be transmitted by wire transmission outside

the State of Washington.

### THE SCHEME TO DEFRAUD

13.    Beginning on a date unknown to the Grand Jury, but not later than on

or about October 1, 2004, and continuing until on or about July 1, 2008, in the

Eastern District of Washington and elsewhere, SUZIE ZUNIGA, TOMMY L.

HONEYCUTT, JR., and PEDRO ALVARADO, JR., and other persons unknown

to the Grand Jury, devised and intended to devise a scheme and artifice to defraud

and to obtain money and property by means of false and fraudulent pretenses and

representations involving purported purchases of supplies for the DOE's PFP

through the fraudulent use of the purchase card of SUZIE ZUNIGA issued to her

as an employee of FH.

14.    It was further a part of the scheme and artifice to defraud that SUZIE

ZUNIGA, TOMMY L. HONEYCUTT, JR., and PEDRO ALVARADO, JR., used

the p-card provided to SUZIE ZUNIGA as an employee of FH to obtain property

with a value of approximately $557,696.46 by means of false and fraudulent

pretenses and representations using SUZIE ZUNIGA'S employer's line of credit

with the DOE and then keeping the property for personal use and for other

INDICTMENT - 3

P00406RC.RSA.wpd

1  personal pecuniary gain.

2       15.    It was further a part of the scheme and artifice to defraud that SUZIE

3  ZUNIGA, TOMMY L. HONEYCUTT, JR., and PEDRO ALVARADO, JR.

4  attempted to conceal and disguise their scheme to obtain money and property by

5  creating fraudulent invoices to make it appear as if the PFP actually received

6  supplies from Fast Pipe, KIE, Harold's and other vendors, when, in fact, no such

7  supplies were delivered to the PFP.

8       16.    It was a further part of the scheme and artifice to defraud that the

9  Defendants, SUZIE ZUNIGA, TOMMY L. HONEYCUTT, JR., and PEDRO

10  ALVARADO, JR., communicated in person to devise a scheme in which the

11  interstate wires were used to defraud the United States in order to obtain property

12  and money (approximately $557,696.46) from its agency, the DOE, through means

13  of materially false and fraudulent representations, omissions, pretenses and

14  promises concerning SUZIE ZUNIGA's purported purchases for FH.

15       17.    It was a further part of the scheme and artifice to defraud that SUZIE

16  ZUNIGA, TOMMY L. HONEYCUTT, JR., and PEDRO ALVARADO, JR.,

17  obtained money and property by making materially false and fraudulent

18  representations concerning SUZIE ZUNIGA's purported purchases of supplies for

19  the PFP, knowing that the funds would not be used in a manner consistent with the

20  representations and promises made, but instead for personal indebtedness and for

21  personal gain.

22       18.    It was a further part of the scheme and artifice to defraud that during

23  the period beginning on or about October 1, 2004, and continuing up through on

24  or about July 1, 2008, using her government funded p-card, SUZIE ZUNIGA

25  caused approximately 219 fraudulent transactions to be made with Fast Pipe, KIE,

26  Harold's, and other vendors totaling approximately $557,696.46.

27       19.    It was a further part of the scheme and artifice to defraud that during

28

INDICTMENT - 4

P00406RC.RSA.wpd

1  the period beginning on or about October 1, 2004, and continuing up through on

2  or about July 1, 2008, SUZIE ZUNIGA listed approximately 219 fraudulent Fast

3  Pipe, KIE, Harold's, and other vendors purchase order descriptions in FH's P-Card

4  Web Solution purchase card electronic system.

5        20.    It was a further part of the scheme and artifice to defraud that during

6  the period beginning on or about October 1, 2004, and continuing up through on

7  or about July 1, 2008, SUZIE ZUNIGA created approximately 219 fraudulent

8  EBOM orders.

9        21.    It was a further part of the scheme and artifice to defraud that during

10  the period beginning on or about October 1, 2004, and continuing up through on

11  or about July 1, 2008, SUZIE ZUNIGA signed and submitted approximately 45

12  monthly false Transaction Approval Reports to her supervisors at FH.

13        22.    It was a further part of the scheme and artifice to defraud that during

14  the period beginning on or about October 1, 2004, and continuing up through on

15  or about July 1, 2008, SUZIE ZUNIGA fraudulently altered approximately 219

16  vendor sales orders from Fast Pipe, KIE, Harold's and other vendors to make it

17  appear that legitimate items were being purchased.

18        23.    It was a further part of the scheme and artifice to defraud that during

19  the period beginning on or about October 1, 2004, and continuing up through on

20  or about July 1, 2008, SUZIE ZUNIGA, TOMMY L. HONEYCUTT, JR., and

21  PEDRO ALVARADO, JR., took possession of property fraudulently purchased

22  from Fast Pipe, KIE, Harold's, and other vendors at the vendor store locations or

23  at other off-site locations not located on the DOE Hanford site located in Benton

24  County, Washington.

25        24.    It was a further part of the scheme and artifice to defraud that during

26  the period beginning on or about October 1, 2004, and continuing up through on

27  or about July 1, 2008, SUZIE ZUNIGA, used wire transmissions, to wit: telephone

28

INDICTMENT - 5

P00406RC.RSA.wpd

calls, e-mails, and facsimile transmissions to place p-card orders with vendors for property which she intended for her personal use or pecuniary gain, or the personal use or pecuniary gain of TOMMY L. HONEYCUTT, JR., and PEDRO ALVARADO, JR., and other persons.

<u>COUNTS 1-5</u>

18 U.S.C § 1343

Wire Fraud

25.    Paragraphs 1 through 24 are incorporated into Counts 1 through 5 by this reference.

26.    On or about each of the dates referenced below, within the Eastern District of Washington, the Defendant, SUZIE ZUNIGA, for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent representations, omissions, pretenses and promises, did transmit and cause to be transmitted, certain writings, signs, signals, and sounds in interstate commerce, as specified, by means of a wire communication as follows:

| Count | Date | P-Card Log Number | Wire Communication |
|---|---|---|---|
| 1 | 5/22/08 | H006567411353 | $1,612.00 credit card transaction from Suzie Zuniga's FH issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-9557. |
| 2 | 3/12/07 | H00656742791 | $9,300.00 credit card transaction from Suzie Zuniga's FH issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-9557. |

INDICTMENT - 6

P00406RC.RSA.wpd

| 3 | 4/13/07 | H00656742902 | $3,163.00 credit card transaction from Suzie Zuniga's FH issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-9557. |
|---|---------|--------------|-----------------------------------------------------------------------------------------------------------------------------------------------|
| 4 | 6/20/07 | H006567410125 | $4,575.00 credit card transaction from Suzie Zuniga's FH issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-9557. |
| 5 | 11/16/07 | H006567410734 | $3,325.00 credit card transaction from Suzie Zuniga's FH issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-9557. |

All in violation of 18 U.S.C. § 1343.

## COUNTS 6-10

18 U.S.C §§ 1343 and 2

### Wire Fraud

27.     Paragraphs 1 through 24 are incorporated into Counts 6 through 10 by this reference.

28.     On or about each of the dates referenced below, within the Eastern District of Washington, the Defendants, SUZIE ZUNIGA and TOMMY L. HONEYCUTT, JR., for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent representations, omissions, pretenses and promises, did transmit and cause to be transmitted, certain writings, signs, signals, and sounds in interstate commerce, as specified, by means of a wire communication, and did aid and abet the scheme and transmissions as follows:

INDICTMENT - 7

P00406RC.RSA.wpd

| Count | Date | P-Card Log Number | Wire Communication |
|---|---|---|---|
| 6 | 1/25/05 | H00656748995 | $192.84 credit card transaction from Suzie Zuniga's FH issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-6257. |
| 7 | 9/9/05 | H00656741060 | $1,525.90 credit card transaction from Suzie Zuniga's FH issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-9557. |
| 8 | 4/19/06 | H00656741881 | $579.98 credit card transaction from Suzie Zuniga's FH issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-9557. |
| 9 | 10/25/06 | H00656742403 | $950.00 credit card transaction from Suzie Zuniga's FH issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-9557. |
| 10 | 1/18/08 | H006567410477 | $2,376.99 credit card transaction from Suzie Zuniga's FH issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-9557. |

All in violation of 18 U.S.C. §§ 1343 and 2.

INDICTMENT - 8

P00406RC.RSA.wpd

COUNTS 11-15

18 U.S.C §§ 1343 and 2

Wire Fraud

29.    Paragraphs 1 through 24 are incorporated into Counts 11 through 15 by this reference.

30.    On or about each of the dates referenced below, within the Eastern District of Washington, the Defendants, SUZIE ZUNIGA and PEDRO ALVARADO, JR., for the purpose of executing the aforesaid scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent representations, omissions, pretenses and promises, did transmit and cause to be transmitted, certain writings, signs, signals, and sounds in interstate commerce, as specified, by means of a wire communication, and did aid and abet the scheme and transmissions as follows:

| Count | Date | P-Card Log Number | Wire Communication |
|---|---|---|---|
| 11 | 4/19/06 | H00656741881 | $579.98 credit card transaction from Suzie Zuniga's FH issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-9557. |
| 12 | 4/20/07 | H00656742937 | $4,380.00 credit card transaction from Suzie Zuniga's FH issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-9557. |
| 13 | 8/10/07 | H006567410310 | $3,198.00 credit card transaction from Suzie Zuniga's FH issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-9557. |
| 14 | 8/10/07 | H006567410311 | $3,133.00 credit card transaction from Suzie Zuniga's FH issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-9557. |

INDICTMENT - 9

P00406RC.RSA.wpd

| 15 | 11/16/07 | H006567410734 | $3,325.00 credit card transaction from Suzie Zuniga's FH issued government funded JP Morgan Chase credit card account # XXXX-XXXX-XXXX-9557. |

All in violation of 18 U.S.C. §§ 1343 and 2.

DATED this _20_ day of April, 2010.

A TRUE BILL

_Foreperson_

James A. McDevitt
United States Attorney

_Ronald W. Skibbie_

Ronald W. Skibbie
Assistant United States Attorney

INDICTMENT - 10

P00406RC.RSA.wpd